```
Ashley Furniture
1 Ashley Way
Arcadia, WI 54612


Autovest, LLC
Reg. Agent: Corporation Service Company
40 Technology Parkway South #300
Norcross, GA 30092


Baltimore Gas & Elec.
Legal Dept/Bankruptcy
P.O. Box 1475
RM 523
Baltimore, MD 21203


Bryant State Bank
Attn: Bankruptcy
Po Box 215
Bryant, SD 57221


Capital One
Attn: Bankruptcy
Po Box 30285
Salt Lake City, UT 84130


Credit Collection Services
Attn: Bankruptcy
725 Canton St
Norwood, MA 02062


Credit One Bank
Legal Dept/Bankruptcy
PO Box 98876
Las Vegas, NV 89193


Direct TV
P.O. Box 3097
Bloomington, IL 61702


First Premier Bank
3820 N Louise Ave
Sioux Falls, SD 57107
```

```
First Premier Bank
Attn: Bankruptcy
Po Box 5524
Sioux Falls, SD 57117


First Savings Bank
Attn: Bankruptcy
Po Box 5019
Sioux Falls, SD 57117


First Savings Bank/Blaze
Attn: Bankruptcy
Po Box 5096
Sioux Falls, SD 57117


First Savings Credit Card
Attn: Bankruptcy Department
Po Box 5019
Sioux Falls, SD 57117


Fortiva
Attn: Bankruptcy
Po Box 105555
Atlanta, GA 30348


Gas South
P.O. Box 4298
Atlanta, GA 30302


Geico
One Geico Plaza
Bethesda, MD 20811-0001


Genesis FS Card Services
Attn: Bankruptcy
Po Box 4477
Beaverton, OR 97076


Georgia Department of Revenue
Compliance Division
ARCS Bankruptcy
1800 Century BLVD NE Suite 9100
Atlanta, GA 30345-3202
```

Independent Dealers Advantage. LLC
780 Buford Highway, Bldg C-100
Suwanee, GA 30024


IRS
401 W. Peachtree St., NW
Stop #334-D
Room 400
Atlanta, GA 30308


Kay Jewelers
Legal Dept/Bankruptcy
375 Ghent RD
Akron, OH 44333


Kohl's
Attn: Bankruptcy
P.O. Box 3115
Milwaukee, WI 53201-3115


Kohls/Capital One
Attn: Credit Administrator
Po Box 3043
Milwaukee, WI 53201


Lendup
237 Kearny Street #372
San Francisco, CA 94108


Merrick Bank
P.O. Box 30537
Tampa, FL 33630


Milestone
PO Box 84059
Columbus, GA 31908


Mission Lane LLC
Attn: Bankruptcy
Po Box 105286
Atlanta, GA 30348


New York & Company
PO Box 659728
San Antonio, TX 78265

```
Old Navy - GE Card Services
Legal Dept/Bankruptcy
PO Box 103104
Roswell, GA 30076


OneMain Financial
Attn: Bankruptcy
Po Box 3251
Evansville, IN 47731


OneMain Financial
P.O. Box 183172
Columbus, OH 43218-3172


Portfolio Recovery Associates, LLC
Attn: Bankruptcy
120 Corporate Boulevard
Norfolk, VA 23502


Progressive Insurance
6300 Wilson Mills Road
Cleveland, OH 44143


Resurgent Capital Services
Attn: Bankruptcy
Po Box 10497
Greenville, SC 29603


Show Card
PO Box 5170
Sioux Falls, SD 57117


Sleep Number
1001 3rd Ave S
Minneapolis, MN 55404


Syncb/at Home Plcc
Attn: Bankruptcy
Po Box 965060
Orlando, FL 32896


Total Visa
PO Box 91510
Sioux Falls, SD 57109
```

```
Unifund
10625 Techwoods Drive
WV 25242


Victorias Secret
P.O. Box 182789
Columbus, OH 43218


Walmart
P.O. Box 965024
Orlando, FL 32896-5024
```

Doc ID: 4a1a683323a39c3db5a856e483f50625111f6648